IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANIEL VAUGHAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-04-1352-C |
| | ) | |
| CORRECTIONS CORPORATION OF AMERICA, INC., et al., | ) ) | |
| | ) | |
| Defendants | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on March 30, 2005. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Complaint is dismissed, without prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 29th day of April, 2005.

ROBIN J. CAUTHRON
United States District Judge